**BOARD OF COMMISSIONERS OF EVERGLADES DRAINAGE DISTRICT, a public quasi-corporation, v. DADE COUNTY, a Political Subdivision of the State of Florida, et al.**

23 So. (2nd) 385                                                June Term, 1945
September 28, 1945                                        Special Division B

*Willard, Utley,* for appellant.

*Hudson & Cason* and *Park H. Campbell,* for appellees.

PER CURIAM:

The record and the briefs in this cause have been examined and we find no reversible error. The judgment appealed from is therefore affirmed.

Affirmed.

TERRELL, BROWN, THOMAS and ADAMS, JJ., concur.